**Order entered December 7, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01035-CR

### CASEY COLBERT, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F16-76759-J**

## ORDER

Before the Court is appellant's December 5, 2017 second motion to extend time to file his

brief. We **GRANT** the motion and **ORDER** appellant's brief due on or before January 4, 2018.


/s/    ADA BROWN
       JUSTICE